UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAM CHALLAPALI and SRIDEVI CHALLAPALLI,<br><br>                  Plaintiffs,<br>v.<br><br>STATE FARM LIFE AND CASUALTY COMPANY; DOES I through X; ABC CORPORATIONS A-Z, inclusive,<br><br>                  Defendants. | Case No. 3:25-cv-00422-ART-CSD<br><br>ORDER ON MOTION TO REMAND<br>(ECF No. 10) |

Plaintiffs Ram and Sridevi Challapalli sued Defendants State Farm Life and Casualty Company, Does I-X, and ABC Corporations A-Z in state court alleging that Defendants breached their homeowner's insurance policy by failing to indemnify them following the sudden break of their shower pan. (ECF No. 1-1 at 4.) Plaintiffs alleged a breach of the insurance contract, breach of the duty of good faith and fair dealing, and breach of Nevada's unfair trade practices statute. (*Id.* at 8-10.) Defendants removed the case under 28 U.S.C. § 1332 based on diversity jurisdiction. (ECF No. 1 at 2.) Plaintiffs moved to remand based on lack of subject matter jurisdiction, arguing that the amount in controversy is under $75,000. (ECF No. 10.) Defendants did not respond to the motion. Because the motion is unopposed, the Court remands the case to the Second Judicial District Court for the State of Nevada.

**I.    STANDARD OF REVIEW**

A defendant may only remove a case brought in state court if the federal district court would have original jurisdiction over the case. 28 U.S.C. § 1441(a). Federal courts "strictly construe the removal statute against removal jurisdiction." *Hansen v. Grp. Health Coop.*, 902 F.3d 1051, 1056 (9th Cir. 2018) (citing *Geographic Expeditions, Inc. v. Estate of Lhotka ex rel. Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010)).

1

1    When parties contest the amount-in-controversy, and the amount is not evident from the face of the complaint, the court decides by a preponderance of the evidence after both sides submit evidence. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 88 (2014); 28 U.S.C. § 1446(c)(2)(B). Only Plaintiff has submitted evidence to the Court, and the motion is unopposed. "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d).

## II.    CONCLUSION

Accordingly, the Court grants Plaintiff's motion to remand (ECF No. 10).

The Court also instructs the Clerk to remand the case to the Second Judicial District Court for the State of Nevada.

The Court also instructs the Clerk to close the case.

DATED THIS 28th day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE